MELINDA L. HAAG, CSBN CA 132612
United States Attorney
DONNA L. CALVERT, SBN IL 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
TOVA D. WOLKING, CSBN 259782
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8980
Facsimile: (415) 744-0134
E-Mail: tova.wolking@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA ANNE CALKOSZ, | Case No. 3:13-cv-01624-EMC |
| Plaintiff, | |
| v. | JOINT CASE MANAGEMENT STATEMENT |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

On December 23, 2013, this Court ordered that the parties file a Joint Case Management Statement by February 13, 2014, and set a Case Management Conference for February 20, 2014, at 9:00 a.m. in Courtroom 5, 7th Floor, in San Francisco (Dkt. #15).

The parties to the above-entitled action therefore respectfully submit this JOINT CASE MANAGEMENT STATEMENT. This case pertains to review of a closed administrative record.[1] It does not involve discovery. The parties have fully briefed the case. On August 13, 2013, Defendant lodged the certified administrative transcript (Dkt. #9). On October 29, 2013, Plaintiff filed her motion for summary judgment (Dkt. # 12). On November 25, 2013, Defendant filed her cross motion

---

[1] Pursuant to 42 U.S.C. Section 405(g) the Court's jurisdiction in this case is limited to reviewing the administrative record to determine whether the decision is supported by substantial evidence in the record, and whether the Commissioner complied with the requirements of the Constitution and the Social Security Act and administrative regulations in reaching the decision reviewed.

for summary judgment (Dkt. #14). On December 14, 2013, Plaintiff filed her reply (Dkt. # 16). The certified administrative record and briefs are currently before the Court. Pursuant to Civil Local Rule 16-5, the matter is therefore "deemed submitted for decision by the District Court without oral argument."

The parties jointly request that the Court vacate the Case Management Conference and issue a decision in this matter, based on the administrative record and briefs filed with the court.

Respectfully submitted,

DATED: February 13, 2014         Law Office of Nancy McCombs

/s/ *Nancy McCombs**
NANCY MCCOMBS
(*as authorized by email on 2/13/14)
Attorney for Plaintiff

DATED: February 13, 2014         Attorneys for Defendant
MELINDA L. HAAG
United States Attorney

/s/ *Tova D. Wolking*
TOVA D. WOLKING
Special Assistant United States Attorney

Attorneys for Defendant

```
IT IS SO ORDERED that the CMC is reset from 2/20/14 to 3/27/14 at 9:00 a.m.
An updated joint CMC statement shall be filed by 3/20/14.
```

_____
Edward M. Chen
U.S. District Judge

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

2